# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Francisco Pantoja,**<br>DOB 1997; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-01933MJ** |

Complaint for violations of: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

<u>COUNT 1</u>: On or about July 1, 2020, at or near Tucson, in the District of Arizona, **Francisco Pantoja** did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, which resulted in the death of J.S. on or about July 1, 2020; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On July 1, 2020, J.S. was found unresponsive in his/her home in Tucson, Arizona, and pronounced dead by Tucson Fire Department personnel. Following autopsy and toxicology, the Office of the Pima County Medical Examiner opined the cause of J.S.'s death was fentanyl toxicity. Information obtained from J.S.'s cellular telephone indicates J.S. was communicating via text with a cellular telephone number, which investigators have learned is utilized by Francisco PANTOJA. Agents located texts between J.S. and PANTOJA in J.S.'s cellular telephone from July 1, 2020, which showed that J.S. arranged to purchase what appears to be pills. In the text thread, J.S. agrees to purchase "one" but PANTOJA agrees to front J.S. an additional "two." Based on my training and experience, I believe that J.S. was requesting one pill from PANTOJA, and PANTOJA agreed to give J.S. two pills on credit. From my training and experience, I am also aware that pills sold on the street frequently contain fentanyl. The text thread indicates that J.S. and PANTOJA agreed to meet at PANTOJA's residence. At approximately 1:26 PM, J.S. texted PANTOJA, "I'm here." According to security camera footage at J.S.'s residence, J.S. arrived home at approximately 1:57 PM. J.S.'s family found J.S. lying unresponsive on the kitchen floor of the residence at approximately 5:00 PM, on July 1, 2020.

On September 24, 2020, agents executed a federal search warrant at the known residence of PANTOJA during which agents located large quantities of blue/green colored pills believed to contain fentanyl. In addition, agents located bulk currency in denominations consistent with street level sales.

PANTOJA was also taken into custody on September 24, 2020. After waiving his *Miranda* rights, PANTOJA admitted to selling counterfeit oxycodone pills to J.S. Additionally, PANTOJA identified a photograph of J.S. and identified her/him as the individual who overdosed on the pills that PANTOJA had distributed to him/her. PANTOJA was shown the text message strand from J.S.'s cellular telephone on July 1, 2020. PANTOJA admitted that he was referring to the sale of pills and stated he remembered the conversation.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>SKH<br>AUTHORIZED AUSA *Stefani K. Hepford* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Jay Gospodarek, Special Agent DEA |
|---|---|
| Sworn by telephone 09/25/2020 | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 25, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54